# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2150

_____

PAMELA VOGELAR,

    Appellant,

v.

WINN-DIXIE/SEDGWICK CMS,

    Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Jonathan E. Walker, Judge.

Date of Accident:  September 30, 2021.

November 29, 2023

PER CURIAM.

    The Court hereby dismisses this appeal as untimely. *See* Fla. Admin. Code R. 60Q-6.122(3); Fla. R. App. P. 9.180(b)(3); Fla. R. App. P. 9.410.

ROWE, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jeremiah J. Talbott, Pensacola, for Appellant.

No appearance for Appellees.